# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
# CIVIL ACTION NO. 1:19-CV-00244-KDB

| | |
|---|---|
| STEPHANIE WILLIAMS,<br><br>**Plaintiff,**<br><br>v.<br><br>ANDREW M. SAUL, Commissioner of Social Security,<br><br>**Defendant.** | **ORDER** |

**THIS MATTER IS BEFORE THE COURT** on Plaintiff's Consent Motion for Attorney Fees under the Equal Access to Justice Act filed on February 24, 2020. (Doc. No. 15). Having reviewed the motion, supporting materials, memorandum in support, and the case file, the Court determines that Plaintiff should be awarded an attorney's fee under the Equal Access to Justice Act ("EAJA"), 28 U.S.C. § 2412(d), in the amount of $4,200.00.

Upon agreement by the parties, it is hereby **ORDERED** that Defendant will pay Plaintiff $4,200.00 in attorney's fees in full satisfaction of all claims arising under the EAJA, 28 U.S.C. § 2412. If the award to Plaintiff is not subject to the Treasury Offset Program, *see Astrue v. Ratliff*, 560 U.S. 586 (2010), payment will be made by check payable to Plaintiff's counsel, Charlotte Hall, and mailed to her office at P.O. Box 58129, Raleigh, North Carolina 27658, in accordance with Plaintiff's assignment to her attorney of her right to payment of attorney's fees under the EAJA. If the payment is subject to offset, then any remaining fee will be made payable to Plaintiff and mailed to Plaintiff's counsel's office address. No additional petition pursuant to 28 U.S.C. § 2412(d) shall be filed.

**SO ORDERED.**

Signed: February 25, 2020

Kenneth D. Bell
United States District Judge